PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** NICHOLS, Rahman      **Docket Number:** 03-00844-007
     **PACTS Number:** 41372

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden, U.S.D.J.

**Date of Original Sentence:** 05/29/2007

**Original Offense:** Racketeering

**Original Sentence:** 70 months imprisonment; 5 years supervised release; $100 special assessment; $1,000 fine. Special conditions: 1) drug and alcohol testing/treatment; 2) financial disclosure; 3) mental health treatment; 4) no street-gang association; and 5) DNA collection.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 08/06/2010

**Assistant U.S. Attorney:** Serina M. Vash, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Kenneth W. Kayser, Esq. (appointed), P.O. Box 2087, Livingston, New Jersey 07039, (973) 515-3511

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On April 15, 2011, Nichols was issued a criminal complaint (S-2011-7857-0714) by the Newark Police Department for his role in a domestic dispute which occurred on February 26, 2011. He was charged with a single count of Simple Assault. The victim, T.T., the offender's ex-girlfriend, reported acts of violence to police, but Nichols fled prior to their arrival. Allegedly, the offender punched T.T. in the face with a closed fist. |
| | The case is pending disposition within Newark Municipal Court. |

PROB 12C - Page 2
Rahman Nichols

| | |
|---|---|
| 2 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On June 6, 2011, Nichols was issued a criminal complaint (W-2011-1049-0709) by the Irvington Police Department for his role in a domestic dispute which occurred on June 4, 2011. He was charged with a single count of Simple Assault. Similar to Violation #1, the victim, T.T., reported acts of violence to police, but Nichols fled prior to their arrival. Allegedly, he punched and slapped the victim in the face causing a minor laceration to her lip. |
| | The case is pending disposition within Irvington Municipal Court. |
| 3 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On July 11, 2011, Nichols was arrested by the Irvington Police Department for his involvement in a domestic dispute which occurred on July 8, 2011. He was charged with a single count of Simple Assault, and similar to Violation #'s 1 and 2, the victim was T.T. and Nichols fled the scene prior to the arrival of police. Allegedly, he punched the victim in the face causing injuries to her mouth and left eye. Additionally, T.T. was holding her two-year-old daughter during the onset of the attack. |
| | The case is pending disposition within Irvington Municipal Court. |
| 4 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to submit a monthly written report within the allotted time period for the following months: August 2010, October 2010, November 2010, December 2010, January 2011, February 2011, March 2011, May 2011, and June 2011. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, U.S.P.O.

Date: 07/13/2011

THE COURT ORDERS:

[✓] The Issuance of a Warrant to Act as a Detainer in Essex County and Bail Revoked.
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/13/11
Date