UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

RAHMAN NICHOLS

Hon. Katharine S. Hayden

Civ. No. 03-844

## ORDER

**THIS MATTER** having come before the Court on a Petition for Warrant or Summons for Offender Under Supervision, dated July 13, 2011, and this Court holding a supervised release violation hearing on September 12, 2011,

**IT IS HEREBY ORDERED,** on this 20th day of September, 2011 that defendant's supervised release violation hearing is adjourned to October 5, 2011 at 3 p.m., pending defense counsel's arrangement for and receipt of a mental evaluation report of the defendant to be presented to this Court, prior to the October 5, 2011 hearing date.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE