UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

RAHMAN NICHOLS

Hon. Katharine S. Hayden

Civ. No. 03-844

_____/

## ORDER REVOKING SUPERVISED RELEASE

**THIS MATTER** having come before this Court on a Petition for Warrant or Summons for Offender Under Supervision, dated July 13, 2011 (the "Petition"), and this Court holding a supervised release violation hearing on October 5, 2011 at which the defendant pleaded guilty to Violation no. 4 of the Petition,

on this 16th day of November, 2011,

**IT IS HEREBY ORDERED**, that the defendant's term of supervised release is revoked.

**IT IS FURTHER ORDERED**, that, the defendant is sentenced to four (4) months' imprisonment to be followed by sixteen (16) months of supervised release. All previously imposed standard and special conditions of supervised release listed in the defendant's Judgment, dated May 29, 2007 (Docket Entry 666), are reinstated.

**IT IS FURTHER ORDERED**, that the defendant submit to following additional special conditions of supervised release: (a) four months' community confinement, and (b) domestic violence counseling as directed by the United States Probation Office.

**IT IS FURTHER ORDERED**, that Violation Nos. 1, 2 and 3 of the Petition are dismissed.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE