PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

# Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** NICHOLS, Rahman  **Docket Number:** 03-00844-007
  **PACTS Number:** 41372

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden, U.S.D.J.

**Date of Original Sentence:** 05/29/2007
**Date of Revocation:** 10/05/2011

**Original Offense:** Racketeering

**Original Sentence:** 70 months imprisonment; 5 years supervised release.
**Revocation Sentence:** 4 months imprisonment; 16 months supervised release; $100 special assessment; $1,000 fine. Special conditions: 1) drug and alcohol testing/treatment; 2) financial disclosure; 3) mental health treatment; 4) no street-gang association; 5) DNA collection; 6) four (4) months community confinement; and 7) domestic violence counseling.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 11/18/2011

**Assistant U.S. Attorney:** Joseph Shumofsky, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Patrick McMahon, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer.**' |
| | On November 21, 2011, during a face-to-face interview conducted within his residence, the undersigned Probation Officer strictly forbade any contact with T.T., Nichols' ex-girlfriend. This instruction was based on the substantial history of domestic violence. |

2     The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On March 9, 2012, Nichols was arrested by East Orange Police Department. According to investigative reports, on March 8, 2012, he attacked his ex-girlfriend, T.T., by stabbing her ten (10) times. Nichols fled the scene after the incident, but self-surrendered the following day. He was charged with an assortment of violent offenses, including: criminal attempt - murder, possession of a ..., ... burglary. The case is pending disposition within New Jersey Superior Court, Essex County.

3     The offender has violated the standard supervision condition which states '**You shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Nichols failed to notify the undersigned Probation Officer about the arrest detailed in Violation #2. Likewise, no family member of the offender contacted Our Office on his behalf.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, U.S.P.O.

*J. Empirio*

Date: 03/19/2012

---

THE COURT ORDERS:

[X] The Issuance of a Warrant to Act as a Detainer in Essex County and Bail Revoked.
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/20/12
Date